THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HEROD SHEPHERD, JR.**                                                                             **PETITIONER**
**ADC #085740**

v.                                      Case No. 4:20-cv-00844-KGB

**DEXTER PAYNE**                                                                                    **RESPONDENT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Herod Shepherd, Jr.'s petition for writ of habeas corpus is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 12th of February, 2021.

_____
Kristine G. Baker
United States District Judge